JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC SMITH, | ) | No. CV 18-4366-CJC (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| A. GAFFNEY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: April 7, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE